OPINION — AG — A CITY OR COUNTY JAIL WOULD BE A " SUITABLE PLACE " FOR TEMPORARY DETENTION OF PERSONS OF VIOLENT CONDITION PENDING SANITY COMMISSION PROCEEDINGS, PROVIDED, THAT PORTION OF SAID JAIL IS SO DESIGNATED AND SET APART AS PREVIOUSLY POINTED OUT. CITE: 57 O.S. 1961 19 [57-19], 43A O.S. 1961 55 [43A-55], 43A O.S. 1961 57 [43A-57], 57 O.S. 1961 43 [57-43], 21 O.S. 1961 833 [21-833], 57 O.S. 1961 57 [57-57] (CHARLES OWENS)